# First District Court of Appeal
## State of Florida

_____

No. 1D18-4939
_____

AMERICAN TREE CARE SERVICES
and HARBOR SPECIALTY
INSURANCE COMPANY & ENSTAR
(US) INC.,

 Appellants,

 v.

ERIC BUNDSHUH,

 Appellee.

_____

On appeal from an order of the Judge of Compensation Claims.
Timothy Stanton, Judge.

Date of Accident: August 30, 2001.

June 17, 2019

PER CURIAM.

 AFFIRMED.

WETHERELL, WINSOR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Robert B. Griffis of Jones, Hurley & Hand, PA, Orlando, for Appellants.

Michael J. Winer of Law Office of Michael J. Winer, PA, Tampa, and Lance F. Avera of Avera & Smith L.L.P., Gainesville, for Appellee.